IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00187-JD |
| | ) |
| KARL H. HANZA; SHERRY L. HANZA; OKLAHOMA EMPLOYMENT SECURITY COMMISSION; and COMANCHE COUNTY TREASURER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is United States' Unopposed Motion to Strike Scheduling Order and Stay Case Pending Performance of Settlement Agreement ("Motion") [Doc. No. 37]. The Motion states that the United States and the Hanzas have reached a settlement and Plaintiff requests that all unexpired deadlines in the Court's Scheduling Order [Doc. No. 20] be stayed until July 28, 2023 to allow the parties to perform their obligations under the settlement agreement.

This Court has the inherent power to manage its docket to achieve the orderly and expeditious disposition of cases and may, for good cause shown, modify a scheduling order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); Fed. R. Civ. P. 16(b)(4). Under its inherent power, and for good cause shown, the Court GRANTS the Motion, STRIKES the remaining unexpired deadlines in the Scheduling Order [Doc. No. 20], and temporarily STAYS this action to allow the parties to fulfill their obligations of the settlement agreement.

The parties shall file a joint status report no later than July 28, 2023, advising the Court as to the status of the settlement agreement and if a new scheduling order should be entered. Alternatively, if by July 28, 2023, the parties file a stipulation to entry of judgment or a notice of voluntary dismissal as to the remaining counts that will conclude the remainder of the action, such a filing will satisfy the requirement of the joint status report.

IT IS SO ORDERED this 5th day of June 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE